JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATION DELRON BROWN, ) | Case No. ED CV 19-1635-RGK (SP) |
|        Petitioner, ) | |
|        v. ) | **JUDGMENT** |
| JEFF LYNCH, Warden, ) | |
|        Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 22, 2020

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE